**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND M. ARELLANO,              )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br>GMAC MORTGAGE FORMERLY            )<br>DOING BUSINESS AS                 )<br>PARAMOUNT RESIDENTIAL             )<br>MORTGAGE;, ETS SERVICES,          )<br>LLC;, AND DOES 1 THOUGH           )<br>50 INCLUSIVE,                     )<br>                                  )<br>          Defendants.             ) | Case No. EDCV 11-00375 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>April 5, 2011</u>

                                      */s/ Virginia A. Phillips*<br>                                  VIRGINIA A. PHILLIPS<br>                             United States District Judge